☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:                                     )        **Judge Russ Kendig**
                                           )
_____,        )        Case No.  _____
                                           )
**Debtor(s)**                              )        Chapter 13 Form Plan Summary
                                           )        _____ Amended Chapter 13 Plan

**Read this carefully**.  You are a party in interest in this bankruptcy case.  This is a summary based upon a form plan adopted in this court.  The full length form controls over the terms of this summary.  Special Provisions (paragraph 1) are deviations from the form and should be read with special care.  You may review the form plan at www.ohnb.uscourts.gov.  The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

☐ Continued on attached separate page(s).

2. \_\_\_\_\_% to general unsecured creditors  (E9)

3. Assumed unexpired leases and executory contracts (B1)

| Creditor | Description of asset or contract |
|---|---|
|  |  |
|  |  |
|  |  |

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: | | | |
|---|---|---|---|
| Date Incurred: | | | |
| Collateral: | | | |
| Monthly Payment: | | | |
| Interest Rate: | | | |
| Estimated Balance: | | | |

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   | Creditor: | | | |
   |---|---|---|---|
   | Date Incurred: | | | |
   | Collateral: | | | |
   | Monthly Payment: | | | |
   | Interest Rate: | | | |
   | Secured Value: | | | |

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   | | | |
   | | | |
   | | | |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

_____  _____
Debtor's Signature -   Name typed below    Debtor's Signature - Name typed below

_____
Attorney's Signature - Name (state bar #), address, and phone typed below

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceeding |
| | ) | |
| Earl Lamont Ogletree | ) | Judge Russ Kendig |
| Yolanda R. Ogletree | ) | |
| | ) | Case No.   11-62411 |
| Debtors. | ) | |
| | ) | |

*************************************************************************

NOTICE OF CONTINUED HEARING ON CONFIRMATION
OF PLAN AND FIXING LAST DATE TO FILE OBJECTIONS

The Debtor herein has filed a First Amended Plan with the Court and hereby gives notice that:

A hearing on the Confirmation of said First Amended Plan will be held on the 11th day of April, 2012 at 2:00 p.m. in the U.S. Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW Canton, OH 44702

Any objections to the said First Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtor, and the Chapter 13 Trustee no later the 30th day of March, 2012.

Submitted by:

/s/Nicole L. Rohr
Nicole L. Rohr (0078316)
Thrush & Rohr  L.L.C.
4410 22nd Street NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*

Counsel for Debtors

CERTIFICATE OF SERVICE

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was sent by regular US Mail, postage prepaid, this 28th day of February 2012, to the following individuals:

Yolanda and Earl Ogletree 2665 Saint Elmo Ave NE Canton OH 44714

All God's Children Development 400 E Tuscarawas Street Canton, OH 44702

American Agencies 2158 W 190th Street Torrance, CA 90504

American Electric Power PO Box 24405 Canton, OH 44701

American Profit Recovery 34405 W. 12 Mile Road STE 379 Farmington, MI 48331-5608

Arnold S. Harris 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60654

At Beckler DDS 2400 SW 29th Street Suite 224 Topeka, KS 66611

Business Owners Support Serv. 5270 Fulton Drive NW Canton, OH 44718

Canton City Utilities PO Box 9955 Canton, OH 44711

Capital One Bankruptcy Department PO Box 5155 Norcross, GA 30091

CCS Payment Processing Center PO Box 9126 Boston, MA 02205

Chase PO Box 15298 Wilmington, DE 19850

Check Into Cash 5520 Dressler Road NW 50-D North Canton, OH 44720

Checknet Inc 6 E Mall Plaza Carnegie, PA 15106

Citimortgage Inc. 1100 Technology Drive O Fallon, MO 63368

City of Canton Income Tax Dept. PO Box 9940 424 Market Ave. N. Canton, OH 44702

Columbia House 1400 North Fruitridge Ave Terre Haute, IN 47811

Copley Ohio Newspaper PO Box 713180 Columbus, OH 43271

Credit Acceptance Corp. 25505 W 12 Mile Road Southfield, MI 48034

Credit Bureau of Topeka 915 Kansas Avenue Topeka, KS 66601

Credit Management LP 4200 International Parkway Carrollton, TX 75007

Credit Service Bureau, Inc. PO Box 5009 Topeka, KS 66605

Davis & Davis LPA 650 Washington Road Suite 510 Pittsburgh, PA 15228

Debois Inc./DBS 2290 East Avenue Akron, OH 44314

Dillard National Bank c/o Dustin Calhoun, Atty at Law 471 East Broad Street, 12th Floor PO Box 15069 Columbus, OH 43215

Dominion East Ohio Gas PO Box 26785 Richmond, VA 23261

Escallate, LLC 5200 Stoneham Rd. Suite 200 North Canton, OH 44720

Family Dental Team, Inc. James D. George, DDS 411 Wolf Ledges Akron, OH 44311

Family Medical Equip 3140 Lincoln Way East Suite 100 Massillon, OH 44646

First Premier Credit Card 601 S. Minnesota Ave Sioux Falls, SD 57104

Guardian Protection Services PO Box 400047 Pittsburgh, PA 15268

Healthsouth Medical Clinic PO BOx 20422 Columbus, OH 43220

Household Bank PO Box 5222 Carol Stream, IL 60197

IRS Insolvency Group 1240 E 9th Street Room 457 Cleveland, OH 44199

JBC Legal Group 2 Broad Street 6th Floor Bloomfield, NJ 07003

Kansas Department of Revenue PO Box 12007 Topeka, KS 66612

Len Sedon DDS MAGD Inc. 4141 Martindale RD NE  Canton, OH 44705-2798

Lerner Sampson & Rothfuss 120 East Fouth Street 8th Floor Cincinnati, OH 45202

LSE/ Summit Acceptance 3939 Belt Line Road Suite 50 Addison, TX 75001

Mark W Perko DDS 673 E Wilbeth Road Akron, OH 44306

Marquette Consumer Fin 3405 Annapolis Ln N Minneapolis, MN 55447-5342

Mercy Medical Center 1320 Mercy Drive NW Canton, OH 44708

Michael P. Margelefsky LLC 709 Madison Avenue Suite 302 Toledo, OH 43624

NCO Financial PO Box 41457 Philadelphia, PA 19101

NCO Financial PO Box 13572 Philadelphia, PA 19101

NCO Financial 605 W Edison Rd Ste K Mishawaka, IN 46545

NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044

North Canton Medical Foundation 6046 Whipple Avenue NW North Canton, OH 44720

Northshore Agency PO Box 8901 Westbury, NY 11590

Ohio Department of Taxation PO Box 182401 Columbus, OH 43218

PCB PO Box 29917 Columbus, OH 43229

Reader's Digest c/o PennCredit 916 S 14th St PO Box 988 Harrisburg, PA 17108-0988

Salvatore Spinelli, Esp CS 9018 Melville, NY 11747

Schreiber & Assoc. PO Box 210 Danvers, MA 01923

Stark Co. Emergency Phys c/o RBC PO Box 1548 Mansfield, OH 44901-1548

Stark County Anesthesia c/o Credit Bureau of Stark County 6973 Promway Ave NW North Canton, OH 44720

Stark County Common Pleas 115 Market St. N. East Canton, OH 44730

Stark County Treasurer 110 Central Plaza S Canton, OH 44702

Summa Health System PO Box 3595 Akron, OH 44309

TCF National Bank 801 Marquette Avenue Minneapolis, MN 55402

Transouth Financial

TSYS Total Debt Mgmt Inc PO Box 6700 Norcross, GA 30091

US Dept. of Education 101 Marietta Tower Atlanta, GA 30323

Weltman, Weinberg & Reis Co., LPA 323 W. Lakeside Ave., Suite 200 Cleveland, OH 44113-1099

Young & Sons Service Experts 2011 Allen Ave. SE Suite B-4 Canton, OH 44707

    I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about February 28, 2012 to the following who are listed on the Court's Electronic Mail Notice List:

- Toby L Rosen    lweir@chapter13canton.com
- United States Trustee    (Registered address)@usdoj.gov

    /s/Nicole L. Rohr
    Nicole L. Rohr