# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: | : | CHAPTER 13 PROCEEDING |
|---|---|---|
| EARL LAMONT OGLETREE | : | CASE NO. 11-62411 |
| YOLANDA RENEE OGLETREE | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | TRUSTEE'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Now comes the Standing Chapter 13 Trustee, Toby L. Rosen, and **Objects** to Notice of Mortgage Payment Change filed on JANUARY 9, 2015 by CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR MORNANDY MORTGAGE LOAN TRUST, SERIES 2013-9 C/O SELENE FINANCE LP in reference to Claim #12 for the following:

**The attachments do not explain what the lender paid to cause the escrow shortage.**

**Therefore,** the Trustee respectfully requests that the Court **DENY the change in the mortgage payment.**

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## NOTICE OF HEARING

Kindly take **NOTICE** that the Trustee's Objection regarding the above captioned debtor(s), will come on for hearing on **FEBRUARY 11, 2015 at 2:00 p.m.** Said hearing will take place in the U.S. Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, Ohio 44702.

## CERTIFICATE OF SERVICE

I certify that on January 15, 2015, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    NICOLE ROHR, on behalf of EARL LAMONT and YOLANDA RENEE OGLETREE, at nlratty@yahoo.com

And by regular U.S. Mail, postage prepaid, on:

EARL LAMONT and YOLANDA RENEE OGLETREE
2665 SAINT ELMO AVENUE NE
CANTON, OH 44714

MORRIS, SCHNEIDER, WITTSTADT, LLC
ATTN: AUSTIN B BARNES III
3860 BEN HUR AVE, STE 1
WILLOUGHBY, OH 44094

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222